## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-01969-LTB-MJW

BARBARA FOURNIER,

       Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, a Colorado limited liability company, and
GTF SERVICES, LLC, a Colorado limited liability company,

       Defendants.

___

## ORDER
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 2 - filed August 12, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   August 15, 2011